433 A.2d 126

Commonwealth v. Gaumer, Appellant.

---

\* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.

Submitted September 11, 1980. Peter Rybak, Public Defender, for appellant; Donald Corriere, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.